NUMBER 13-02-041-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


DONALD RAY McCRAY, Appellant,


v.



EDWARD A. MALLETT, Appellee.

___________________________________________________________________


On appeal from the 125th District Court 


of Harris County, Texas


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, DONALD RAY McCRAY, attempted to perfect an appeal from a
judgment entered by the 125th District Court of Harris County, Texas, in cause
number 99-30294. Judgment in this cause was signed on July 19, 2001. No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice
of appeal was due on August 20, 2001, but was not filed until December 5, 2001. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 21st day of February, 2002.